■ In the Matter of AETNA LIFE AND CASUALTY, Appellant, v ALLEN W. HALE, Respondent. [651 NYS2d 262] —Appeal by the petitioner from an order of the Supreme Court, Nassau County (McCabe, J.), dated January 10, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice McCabe at the Supreme Court. Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.